SDD:DKK
F. #2017R00995

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | I N F O R M A T I O N |
| - against - | Cr. No. 17-CR-459 (AMD)<br>(T. 18, U.S.C., §§ 1029(a)(4), 2<br>and 3551 et seq.) |
| WILLIAM KELLY, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

THE UNITED STATES ATTORNEY CHARGES:

ACCESS DEVICE FRAUD

In or about and between November 2016 and May 2017, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant WILLIAM KELLY, together with others, did knowingly, and with intent to defraud, produce, traffic in, have control or custody of, and possess device-making equipment in a manner affecting interstate and foreign commerce.

(Title 18, United States Code, Sections 1029(a)(4), 2 and 3551 et seq.)

*[signature]*
BRIDGET M. ROHDE
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. # 2017R00995
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

*WILLIAM KELLY,*

Defendant.

# INFORMATION

(T. 18, U.S.C., §§ 1029(a)(4), 2 and 3551 et seq.)

*A true bill.*

_____
                                                                                              *Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* \_\_\_\_\_

_____
                                                                                              *Clerk*

*Bail, $* _____

_____

***David K. Kessler, Assistant U.S. Attorney (718) 254-7202***